**Meyer Field, Plaintiff-Appellant, v. Nugent R. Oberwortmann, Frank J. Turk, Clarence D. Oberwortmann and Andrew B. Barber, Defendants-Appellees.**

Gen. No. 47,537. 

First District, Second Division.

June 2, 1959.

Rehearing denied June 26, 1959.

Released for publication June 26, 1959.

Abraham W. Brussell, for plaintiff-appellant; Kirkland, Ellis, Hodson, Chaffetz & Masters (Carl S. Lloyd, Frank L. Winter, of counsel) for defendants-appellees. Opinion by PRESIDING JUSTICE LEWE. **Not to be published in full.**